UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DANIELLE OAKLEY,** | : |
| Plaintiff, | : |
| | : **Civil Action No. 3:20-cv-1481 (MPS)** |
| v. | : |
| **SPRINT/UNITED MANAGEMENT COMPANY (S/UMC),** | : **September 12, 2022** |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danielle Oakley and Defendant Sprint/United Management Company (S/UMC), by and through their counsel, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

September 12, 2022

THE PLAINTIFF,
DANIELLE OAKLEY

 /s/ Michael C. McMinn
Michael C. McMinn (ct267169)
THE MCMINN EMPLOYMENT LAW
 FIRM, LLC
1000 Lafayette Blvd., Suite 1100
Bridgeport, CT  06604
Telephone: 203.683.6007
Facsimile: 203.680.9881
michael@mcminnemploymentlaw.com

*Counsel for Danielle Oakley*

<table>
<tr><td>September 12, 2022</td><td>**THE DEFENDANT,<br>SPRINT/UNITED MANAGEMENT<br>COMPANY (S/UMC)**<br><br>*/s/ Lori B. Alexander*<br>Lori B. Alexander (ct08970)<br>LITTLER MENDELSON, P.C.<br>One Century Tower<br>265 Church Street; Suite 300<br>New Haven, CT  06510<br>Telephone: 203.974.8701<br>Facsimile: 203.907.1891<br>lalexander@littler.com<br><br>*Counsel for Sprint/United Management Company (S/UMC)*</td></tr>
</table>

**CERTIFICATION**

I hereby certify that on September 12, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Lori B. Alexander*
Lori B. Alexander (ct08970)